[No. 12614-1-II.  Division Two.  December 12, 1990.]

THE STATE OF WASHINGTON, *Respondent,* v. WILLIAM STEPHAN NEWMAN, *Appellant.*

Appeal from a judgment of the Superior Court for Grays Harbor County, No. 87-1-00151-5, David E. Foscue, J., entered February 6, 1989. *Affirmed* by unpublished opinion per Petrich, J., concurred in by Alexander, C.J., and Worswick, J.

[No. 24342-0-I.  Division One.  December 13, 1990.]

*In the Matter of the Dependency of* T.M.

DARRELL MANASSA, *Appellant,* v. THE DEPARTMENT OF SOCIAL AND HEALTH SERVICES, *Respondent.*

Appeal from a judgment of the Superior Court for King County, No. 86-7-00659-0, Herbert M. Stephens, J., entered March 28, 1989. *Affirmed* by unpublished opinion per Scholfield, J., concurred in by Coleman, C.J., and Webster, J.

[No. 24762-0-I.  Division One.  December 13, 1990.]

THE STATE OF WASHINGTON, *Respondent,* v. THOMAS B. FERGUSON, *Appellant.*

Appeal from a judgment of the Superior Court for Snohomish County, No. 89-1-00306-1, Joseph A. Thibodeau, J., entered August 18, 1989. *Affirmed* by unpublished opinion per Scholfield, J., concurred in by Grosse, A.C.J., and Ringold, J. Pro Tem.